MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6598
   Fax:         (415) 436-7234
   E-mail: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 10-0206 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE |
| ONE WEATHERBY MARK V. 300 MAGNUM et al, | |
| Defendants. | |
| Jon Green, | |
| Claimant. | |

    Plaintiff, the United States of America, by and through MELINDA HAAG, United States Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Claimant JON GREEN by and through his attorney CHRIS ANDRIAN, ESQ., hereby acknowledge an ongoing civil forfeiture matter, and stipulate to the following:

    On November 22, 2010, the Court set a trial date in this matter for April 19, 2011. (See *Doc. # 21*). Additionally, the Court referred the matter to a Magistrate Judge for settlement to be

1  completed within 90 days. *Id*. However, the parties were never contacted by a Magistrate Judge
2  to participate in the requested settlement conference.
3       On February 11, 2011, the Government took the depositions of two individuals in
4  connection with case. Based on the information gained from the depositions, the counsel for the
5  Government and the Claimant believe that a settlement conference will move this case towards
6  resolution without the need to expend judicial and financial resources associated with a trial.
7  With that being said, the parties respectfully request the Court to vacate the trial date currently
8  set for April 19, 2011, and all deadlines associated with that trial setting. Additionally, the
9  parties request that the Court again refer this matter to a Magistrate Judge for settlement within
10 the next 60-90 days. Finally, the parties request that the Court set another Pre-Trial conference in
11 90 days.
12 IT IS SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

16 Dated: March 16, 2011          /S/  *Arvon J. Perteet*
                                        ARVON J. PERTEET
                                        Assistant United States Attorney

20 Dated: March 16, 2011          /S/  *Chris Andrian*
                                        CHRIS ANDRIAN
                                        Attorney for Claimant, Jon Green

22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL
No. CV 10-0206 MHP                         2

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED on this  17th  day of  March , 2011, pursuant to
3  the foregoing stipulation, that this civil forfeiture trial date of April 19, 2011, be vacated and all
4  associated deadlines be terminated.  IT IS FURTHER ORDERED that this civil forfeiture matter
5  be referred to a Magistrate Judge for settlement, to be completed within the next 60-90 days and
6  the parties return to this Court in 90 days for a Pre-Trial conference.  *

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel)*

**\* A further Case Management Conference shall be heard at 3:00 p.m. on May 23, 2011, before the Honorable Marilyn Hall Patel.  A joint supplemental CMC statement shall be filed one week prior to the conference.**

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL
No. CV 10-0206 MHP                           3